UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EMELIA COWANS-TAYLOR )<br>             Plaintiff, )<br>             )<br>v.                                     )<br>             )<br>CAPITOL BROADCASTING COMPANY, )<br>INC, *d/b/a WRAL-TV* and JOEL DAVIS, )<br>*in his capacity as General Manager of* )<br>*WRAL-TV* )<br>             Defendants. ) | **JUDGMENT**<br>5:22-cv-327-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 28, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on October 28, 2022, and Copies To:**
Courtney R. Fauntleroy  (via CM/ECF Notice of Electronic Filing)
Robert A. Sar / Jefferson P. Whisenant (via CM/ECF Notice of Electronic Filing)

October 28, 2022                PETER A. MOORE, JR., CLERK

                                                     /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk